Russell J. Upton, Department of Justice, Washington, DC, for Petitioner.

Thomas J. Arnold, Vacaville, CA, for Respondent.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Beverly K. YELVERTON, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

**No. 2010–3107.**

United States Court of Appeals, Federal Circuit.

May 12, 2010.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Kim R. BAIRD, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

**No. 2009–3153.**

United States Court of Appeals, Federal Circuit.

May 13, 2010.

Mark C. Prugh, Attorney at Law, Waynesville, MO, for Petitioner.

Antonia R. Soares, Maame A.F. Ewusi–Mensah, Department of Justice, Washington, DC, for Respondent.

ON MOTION

### ORDER

The parties jointly move for reconsideration of the court's April 23, 2010 order dismissing Kim R. Baird's petition for review for failure to file a brief, and to remand the case to the Merit Systems Protection Board, *Baird v. Army*, MSPB Case No. CH0752060377–M–1, "for the sole purpose of requesting that the MSPB enter the settlement agreement into the record . . . ."

Upon consideration thereof,